NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**TYCO HEALTHCARE GROUP LP
AND MALLINCKRODT INC.,**
*Plaintiffs-Appellants,*

v.

**MUTUAL PHARMACEUTICAL COMPANY, INC.
AND UNITED RESEARCH LABORATORIES, INC.,**
*Defendants-Appellees.*

---

2010-1513

---

Appeal from the United States District Court for the District of New Jersey in case no. 07-CV-1299, Judge Stanley R. Chesler.

---

**ON MOTION**

---

**O R D E R**

Upon consideration of Tyco Healthcare Group LP and Mallinckrodt Inc.'s (Tyco)'s unopposed motion for a 14-day extension of time, until January 11, 2011, to file their reply brief,

IT IS ORDERED THAT:

The motion is granted.

FOR THE COURT

DEC 2 0 2010
_____
Date

/s/ Jan Horbaly
_____
Jan Horbaly
Clerk

cc: Henry J. Renk, Esq.
    Jeremy C. Lowe, Esq.

s19

**FILED**
**U.S. COURT OF APPEALS FOR**
**THE FEDERAL CIRCUIT**

DEC 2 0 2010

JAN HORBALY
CLERK